No. 00–459. GAUDIANO ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari granted, judgment va-

cated, and case remanded for further consideration in light of *Gitlitz* v. *Commissioner*, *ante*, p. 206.